KATHERINE DE GROSS v. JOSEPH M. DE GROSS.

March 15, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT C. POLHEMUS.

March 15, 1977. Petition for certification denied.

UNION COUNTY U-DRIVE-IT, INC. v.
HERTZ SYSTEM, INC.

March 15, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. IRVING YANCEY.

March 15, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH ZENTE, JR.

March 15, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. EFROSINI McCAULEY.

March 15, 1977. Petition for certification denied.